**Opinion filed September 19, 2013**



### In The

# Eleventh Court of Appeals

_____

## No. 11-13-00011-CV

_____

## M&M ELEVATOR COMPANY, LTD., Appellant

## V.

## OILFIELD FISHING & RENTAL, L.L.C., Appellee

### On Appeal from the 244th District Court

### Ector County, Texas

### Trial Court Cause No. C-128,532-C

## M E M O R A N D U M   O P I N I O N

Appellant, M&M Elevator Company, Ltd., has filed an unopposed motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, Appellant states that "[t]he parties have reached an agreement to settle and compromise the issues between them." Therefore, in accordance with Appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

September 19, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Hill, J.[1]

Willson, J., not participating.

---

[1]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.